# United States District Court

# Western District of Louisiana

# Alexandria Division

| | |
|---|---|
| Hartford Casualty Insurance Company | Civil Action |
| versus | Number: |
| Arkansas, Louisiana, and Mississippi Pipe Trades Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada | Magistrate:<br><br>Judge: |

## Complaint for Declaratory Judgment and Request for Jury Trial

NOW COMES Hartford Casualty Insurance Company ("Hartford"), plaintiff herein, by and through undersigned counsel, and states as follows:

1.

Hartford is a corporation organized and existing under the laws of the State of Indiana with its principal place of business in Hartford, Connecticut.

2.

Made defendant herein is Arkansas, Louisiana and Louisiana Pipe Trades Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada ("the Association").

3.

The Association is an unincorporated labor organization composed of several member unions in Arkansas, Louisiana, and Mississippi. The Association's principal office is located at 1211 Rapides Avenue, Alexandria, Louisiana 71301.

4.

Upon information and belief, none of the Association's members are domiciled in either Indiana or in Connecticut.

5.

Hartford is completely diverse from the Association and its members.

6.

This suit involves a controversy between the parties which are citizens of different states and the matter in controversy exceeds $75,000. This Court has jurisdiction pursuant to 28 U.S.C. § 1332.

7.

This Court has venue pursuant to 28 U.S.C. § 1391(a).

8.

This is an insurance coverage dispute which arises from litigation pending in the United States District Court for the Southern District of Mississippi and entitled "*King Industries, Inc. v. United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, et al.*, Civil Action No. 3:07cv671-HTW-LRA."

9.

The Association claims that Hartford issued a policy providing coverage for the allegations against the Association in the *King* litigation.

10.

Hartford has denied coverage, principally on the ground that the Association is not an insured under the policy.

11.

Hartford seeks declaratory relief pursuant to F.R.C.P. 57 and 28 U.S.C. § 2201. Specifically, Hartford asks the Court to declare that it has no duty to defend or cover the Association in the *King* litigation.

12.

Hartford is entitled to and prays for a trial by jury.

WHEREFORE, Hartford respectfully prays for judgment against the Association as follows:

A. A declaratory judgment that Hartford does not provide coverage for the Association for the allegations in the *King* litigation.

B. A declaratory judgment that Hartford has no duty to defend the Association in the *King* litigation.

G. For such other relief, specific or general, to which Hartford is entitled.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967


BY:___s/Daniel J. Balhoff_____
     Daniel J. Balhoff (18776)